IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL SCOTT,

                            Plaintiff,

      v.

J. PERTTU,

                            Defendant.

OPINION AND ORDER

18-cv-68-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Michael Scott is proceeding on a claim that defendant J. Perttu violated his Eighth Amendment rights by failing to provide him adequate dental care for an untreated cavity. Now plaintiff has filed a letter with the court, stating that he is being retaliated against because of this lawsuit. Dkt. #15. The letter is full of vulgar language and difficult to follow, but plaintiff appears to be alleging that various correctional officers have been insulting him and subjecting him to bagged meals and other cell restrictions since he filed this lawsuit. Plaintiff does not mention defendant Perttu.

      To the extent plaintiff intended his letter to be a request for relief, I must deny his request. There is no apparent relationship between the allegations in plaintiff's letter and the claim regarding dental care on which he is proceeding in this lawsuit. Moreover, as plaintiff is well aware, he is a restricted filer under 28 U.S.C. § 1915(g) and cannot proceed on any claim without first paying the full filing fee unless his allegations suggest that he is in imminent danger of serious physical injury. Although the language in plaintiff's letter

1

suggests that he may attempt to pick fights with correctional officers through name calling and disruptive conduct, his allegations do not suggest that he is in imminent danger. Accordingly, I must deny plaintiff's request for relief.

ORDER

IT IS ORDERED that plaintiff Michael Scott's motion for relief from retaliation, dkt. #15, is DENIED.

Entered this 30th day of May, 2018.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge