IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL SCOTT,

    Plaintiff,

    v.

Case No. 18-cv-68-bbc

G.B.C.I., D.O.C., J. PERTTU,
JOHN KIND, S. ECKSTEIN,
C. O'DONNELL and B. HOMPE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |