P.S. i have a copy of this notice of appeal for myself.

8-11-19

1. Notice of Appeal to a court of appeals form a Judgment or order of a District court.

United States District court for the western District of Wisconsin. file Number 3:18-CV-68.

Plaintiff. Michael, Scott
V.
Defendants. G.B.C.I, D.O.C., J. perttu, J. Kind, S. Eckstein, C. ODonnel And B. hompe.

Notice is hereby given that i michael scott, here name all parties taking the appeal (plaintiff) (defendant) in the above name case, hereby appeal to the united States court of appeals for the seventh circuit (from the the final Summary Judgment of granted to defendants on 7-25-2019 from an order described it, so whatever Judge here this case, after You get this filing from the Western district of Wisconsin federal courthouse, do grant backside

Also be advised, that, this is a notice of appeal to get appointed counsel, and request this notice to get filed in forma Pauperis on appeal of $505 for being indigent, and for being in the imminent danger standard, by having a tooth pain, and cracked injury.

my appointment of counsel request, my leave to proceed in forma pauperis without paying the fee of $505., and for my unfilled cavity and tooth pain that Judge crabb granted me to proceed on under being in imminent danger on; 5-16-18. Pusuant to, opinion imminent danger standard. to satisfy a standard under 28 U.S.C. § 1915(g), plaintiff must allege facts suggesting that he is facing "genuine emergency of a real and proximate" threat of serious harm. Heimermann v. Litscher, 337 F.3d 781, 782 7th. Circuit 2003).

And my reason for requesting a lawyer from the court of appeals, is be cause my ability to litigate my appeal if if it gets granted is guaranteed that i will successfully fail on all proceeding of filings, due to i have learning disabilitys to recite alotta federal law, as in crabb order dated 10-17-18. She denied my three previous request for counsel, because i did'nt reached any lawyers, then she said i had satisfield the requirement to make my first attemp to secure, nextpage

counsel on his own, As i contacted three attorneys, and crabb also stated that i did mention any particulan concerns i had about litigating my case, stating that i will not no how to present my case at my jury trial, that was set for 9-30-19, so crabb denied the motion by saying, i cannot conclude that the complexity of this case exceeds my abililies to do it on my own, and her last words were, i am not persuaded that the court shoud recruit counsel for me at this time, and this notice of appeal for counsel, not paying the filing, and imminent danger cause is entered in this action on 8-11-19. From:, Michael, Scott 173636
200 wing - 215. gb.c.i.
p.o. box 19033, greenbay, wis. 54307

to:, clerk of court, u.s.c. western district of wis. 120th. henry st. rm. 320. madison, wis. 53703.

to:, clerk of court, u.s. c.o.a. for the seventh circuit. 219 s. dearborn st. rm. 2722. chicago, illinois 60604.

P.S. i have a copy of this request for myself. P.1

8-11-19

Dear, clerk after you get this 2 page hand written notice of appeal and 1 page letter to the clerk of court for the united states court of appeals for the seventh circuit. 219 s. dearborn st. rm. 2722 chicago, illinois. 60604, from the e-filing clerk here, for my case # 3:18-cv-68, file it 8/15/19.

from, michael, scott 173636
200 wing-215
G.B.C.I. P.O. box 19033
greenbay, wisconsin 54307

to, clerk of court.
u.s.d.c. w.d.o.w.
120th henry st. rm. 320.
madison, wisconsin 54307.

P.S. i have a copy of this request for myself. P.1

8-11-19

Dear: clerk when you receive this 2 page notice of appeal thats hand written, and a 1 page letter from the court clerk at the U.S.C. 120th henry st. rm. 320. madison, wisconsin. 53703., file it with your branch form, and this request its being e-filed to you from the e-filing clerk at G.B.C.I. law library, for my case # 3:18-CV-68.

from, michael, scott 173636
200 wing - 215 G.B.C.I.
P.O. box 19033. greenbay, wisconsin 54307

to:, clerk of court
U.S.C. U.S.C.O.A. for the seventh circuit. 219 S. dearborn st. rm. 2722. chicago, illinois 60604