P.S. i have a copy of this notice of appeal, in hand written on white lined paper. 9-19-19

DOC NO
REC'D/FILED
2019 SEP 27 AM 11:21
PETER OPPENEER
CLERK OF US as DISTRICT
WD OF WI

# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the **Western** District of **Wisconsin**.

File Number **18-CV-68 / 19-2578 / 18-CV-928**

| | |
|---|---|
| Plaintiff | ) **Michael, Scott** |
| | ) |
| v. | ) Notice of Appeal |
| | ) J. Perttu, John Kind, S. Eckstein, C. O'donnell, |
| Defendant | ) b. hompe, G.b.c.i. / D.O.C. / J. hendrickson, |
| | ) S. Cummings, chris heil and J. Vanlanen. |

Notice is hereby given that [I (here name all parties taking the appeal), (plaintiffs) (defendants) in the above named case,[1]] hereby appeal to the United States Court of Appeals for the **Seventh** Circuit (from the final judgment) (from an order (describing it)) entered in this action on the **19th** day of **September**, 20**19**.

(s) **Michael, Scott**
Attorney for [ **Pro-Se.** ]
[Address:_____]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

[1] See Rule 3(c) for permissible ways of identifying appellants. (attached)
*See Circuit Rule 3(c)(1) for Docketing Statement (attached)

Dear, clerk of court and court of appeals, i now send you the original appeal form to file with my other appeal filings dated, 8-11-19 back side

2 letters, 1 to the clerk in the western district, and 1 to the clerk at the court of appeals, a 2 page hand written notice of appeal dated, 8-11-19, a 2 page motion to proceed to file the appeal with out paying the filing fees of $5.05- and $500.00, also 1 seventh circuit transcript information sheet filed on 8-15-19, a 6 page plra. fee/mot/memo./ which is a affidavit motion for permission to appeal in forma pauperis. dated 8-20-19, a 3 page docketing statement dated 8-15-19, a four page carbon copy of my brief dated 7-2-19, a 2 page carbon copy of my hand written notice of appeal dated 8-11-19, 1 plra. fee notice and order form dated 8-15-19 that i received from the court of appeals. one notice of case opening form i got from the court of appeals dated 8-15-19, with a few deadlines of filings, which are, a docketing statement due on 8-22-19, and a transcript information sheet due on 8-29-19, and a plra. fee/mot/memo. due on 9-16-19, and my request is for the courts to give me an extension on anything in this appeal, at the western district or the court of appeals, as i'm a prisoner with some disability problems that requires for me to ask for appointment of counsel, which i did request in the begining of this case, now from the court of appeals also, and because of my imminent danger of serious injury in my mouth as, its getting so much more damaged, also i need to know where can i get a docketing stating, as i sent the courts a status of case docket sheet, thinking it was a docketing statement, also i'm un-able to pay for the court reporters to prepare all the transcripts i need for this case, so i also ask to let me file that in forma pauperis, and also give me an extension on the transcript and what cover letter that are not completely legible for the court of appeals, also notify me on how and what i have to send the courts in regular mail, and give me and extension of enough time to file that.